UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania insurance company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO, a California public entity,<br><br>　　　　Defendant.<br>_____<br>COUNTY OF SAN BERNARDINO, a California public entity,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania insurance company,<br><br>　　　　Counterdefendant. | Case No.  EDCV16-00128 PSG (SSx)<br><br>**ORDER**<br><br>**[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE SUZANNE H. SEGAL]** |

Stipulated Protective Order Regarding Confidential
Information; [Proposed Order]
Case No. EDCV16-00128 PSG (SSx)

8683637.

**GOOD CAUSE APPEARING,** the Court hereby approves the Stipulated Protective Order Regarding Confidential Information and [Proposed] Order. **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _8/30/16_    __/S/ SUZANNE H. SEGAL__
                                    Hon. Suzanne H. Segal