IRELL & MANELLA LLP
Andra B. Greene (CA SBN 123931)
Electronic Mail: AGreene@irell.com
Marc S. Maister (SBN 155980)
Electronic Mail: mmaister@irell.com
Harry J. Schulz, III (SBN 205625)
Electronic Mail: hschulz@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991; Fax: (949) 760-5200

Penelope Alexander-Kelley (SBN 145129)
Principal Assistant County Counsel
Electronic Mail: palexander-kelley@cc.sbcounty.gov
COUNTY COUNSEL OF SAN BERNARDINO
385 N. Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-5435; Fax: (909) 387-5462

Attorneys for Defendant/Counterclaimant
COUNTY OF SAN BERNARDINO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania insurance company,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY O F SAN BERNARDINO, a California public entity,<br><br>Defendant.<br><br>COUNTY OF SAN BERNARDINO, a California public entity,<br><br>Counterclaimant,<br><br>v.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania insurance company,<br><br>Counterdefendant. | Case No. EDCV16-00128 PSG (SSx)<br><br>**COUNTY OF SAN BERNARDINO'S APPLICATION TO FILE EXHIBITS B AND C TO THE PRIMARY SCHULZ DECLARATION RE: MOTION FOR RECONSIDERATION UNDER SEAL**<br><br>[Sealing Declaration of Harry J. Schulz, III, [Proposed] Order submitted concurrently]<br><br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: 6A 1st Street Courthouse<br>Date: July 17, 2017<br>Time: 1:30p.m.<br><br>Complaint Filed: January 21, 2016<br>Trial Date: September 5, 2017 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10171822

COUNTY'S APPLICATION TO FILE EXHIBITS ISO ITS
MOTION FOR RECONSIDERATION UNDER SEAL
(Case No. EDCV16-00128 PSG (SSx))

# APPLICATION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:  PLEASE TAKE NOTICE that Defendant and Counterclaimant the County of San Bernardino (the "County"), applies to this Court pursuant to Local Rule 79-5 for an order sealing two exhibits being filed by the County in support of the County's Motion for Reconsideration of the Court's Ruling Denying the County's Motion for Partial Summary Judgment and Interpreting the Insurance Policies in Favor of the Insurer (Dkt. 45).  This Application is based upon the fact that Exhibit B and Exhibit C contain information designated as "Confidential" by the County pursuant to the parties' Protective Order entered by the Court on August 30, 2016, in part because of underlying actions and disputes involving the County , that would cause significant harm to the County if disclosed publically, as set forth in the Application and the accompanying declaration of Harry J. Schulz III.

Counsel for the County email counsel for ICSOP on May 25, 2017, asking if counsel for ICSOP had any objection to the filing under seal in support of the motion.  Counsel for ICSOP responded by inquiring about the motion itself, but did not mention the under seal request.

Dated:  May 26, 2017

Respectfully submitted,

IRELL & MANELLA LLP

By: */s/ Harry J. Schulz, III*
Harry J. Schulz, III
Attorneys for
Defendant/Counterclaimant
COUNTY OF SAN BERNARDINO

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10171822

- 1 -

COUNTY'S APPLICATION TO FILE EXHIBITS ISO ITS
MOTION FOR RECONSIDERATION UNDER SEAL
(Case No. EDCV16-00128 PSG (SSx))

## MEMORANDUM IN SUPPORT

For the reasons stated below, Defendant and Counterclaimant the County of San Bernardino (the "County") seeks an order sealing Exhibit B and Exhibit C to the Declaration of Harry J. Schulz, III in Support of the County's Motion for Reconsideration of the Court's Ruling Denying the County's Motion for Partial Summary Judgment and Interpreting the Insurance Policies in Favor of the Insurer (Dkt. 45), pursuant to Local Rule 79-5.

A party seeking to seal a judicial record must "establish[ ] good cause or demonstrat[e] compelling reasons why the strong presumption of public access in civil cases should be overcome." Local Rule 79-5(a). For documents connected to a "non-dispositive motion," the applicant must show "good cause" for sealing the documents. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). For dispositive pleadings, including motions for summary judgment and related attachments, the applicant must show "compelling reasons" that outweigh the general history of public access to judicial proceedings and public policies favoring disclosure. *Id.* at 1179. *See also Shultz Steel Co. v. Cont'l Cas. Co.*, No. CV1408044RSWLASX, 2016 WL 1465315, at *2 (C.D. Cal. Apr. 14, 2016). Both standards require a showing that harm or prejudice will result if the information is disclosed. *Id.* at *1.

This motion itself is not a dispositive pleading; nevertheless, compelling reasons warrant the sealing of Exhibit B and Exhibit C. These exhibits are the parties' expert reports and they contain information designated as "Confidential" by the County pursuant to the parties' Protective Order entered by the Court on August 30, 2016 (Dkt. 33, approving parties' stipulated Protective Order (filed Aug. 26, 2016), Dkt. 32).

The California Supreme Court has indicated that an insurance coverage action should be stayed when coverage may be affected by ongoing underlying actions or the insured might be prejudiced. *Montrose Chem. Corp. v. Superior Court*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10171822

- 1 -

COUNTY'S APPLICATION TO FILE EXHIBITS ISO ITS
MOTION FOR RECONSIDERATION UNDER SEAL
(Case No. EDCV16-00128 PSG (SSx))

*(Canadian Universal Insurance Co.)*, 6 Cal. 4th 287, 301-02 (1993).  Here, that same principle applies to warrant keeping these reports confidential, as explained in the accompanying Declaration.

    This request is narrowly tailored to seal only that material for which good cause to seal has been established; indeed, the motion itself and the other exhibits have not been sealed or redacted.  The bases for this request are set forth in further detail in the accompanying Sealing Declaration of Harry J. Schulz III.  On these grounds, the County respectfully requests that the Court order sealed of the documents described above.

Dated:  May 26, 2017

Respectfully submitted,

IRELL & MANELLA LLP

By:    */s/ Harry J. Schulz, III*
      Harry J. Schulz, III
      Attorneys for
      Defendant/Counterclaimant
      COUNTY OF SAN BERNARDINO

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10171822

- 2 -

COUNTY'S APPLICATION TO FILE EXHIBITS ISO ITS
MOTION FOR RECONSIDERATION UNDER SEAL
(Case No. EDCV16-00128 PSG (SSx))