


KEVIN G. McCURDY (SBN 115083)
ROSS C. DWYER (SBN 280677)
McCURDY & FULLER LLP
565 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: ross.dwyer@mccurdylawyers.com

Attorneys for Plaintiff and Counter-defendant
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

IRELL & MANELLA LLP
Andra B. Greene (CA SBN 123931)
Electronic Mail: AGreene@irell.com
Marc S. Maister (CA SBN 155980)
Electronic Mail: MMaister@irell.com
Harry J. Schulz, III (CA SBN 205625)
Electronic Mail: hschulz@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991; Fax: (949) 760-5200

Penelope Alexander-Kelley (CA SBN 145129)
Principal Assistant County Counsel
Electronic Mail: palexander-kelley@cc.sbcounty.gov
COUNTY COUNSEL OF SAN BERNARDINO
385 N. Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-5435; Fax: (909) 387-5462

Attorneys for Defendant and Counterclaimant
THE COUNTY OF SAN BERNARDINO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA<br><br>Plaintiff,<br>v.<br><br>THE COUNTY OF SAN BERNARDINO<br><br>Defendant. | CASE NO. 5:16-cv-00128-PSG-SS<br><br>**JOINT WITNESS LIST**<br><br>Hon. Philip S. Gutierrez<br><br>Final Pretrial Conference: July 24, 2017<br>Complaint Filed: January 21, 2016<br>Trial Date: September 5, 2017 |

COUNTY OF SAN BERNARDINO, a California public entity

    Counter-claimant,

v.

THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania insurance company

    Counter-defendant.

Plaintiff and counter-defendant The Insurance Company of the State of Pennsylvania ("ICSOP") and defendant and counterclaimant the County of San Bernardino ("County") hereby submit the following joint witness list pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and (B), L.R. 16-5, and the Court's Standing Order for Jury Trial. Pursuant to L.R. 16-5, witnesses marked with an asterisk (*) may be called only if the need arises.

ICSOP identifies the following witnesses who ICSOP expects to call to testify at trial either through live testimony or by deposition:

1. Michele Mehl – Ms. Mehl is a Complex Director for AIG Claims, Inc., claim administrator for ICSOP. She was responsible for handling the County's claim to ICSOP for insurance coverage for California Regional Water Quality Control Board Cleanup and Abatement Order 98-96 ("CAO 98-96"), and is expected to testify regarding issues related to the claim, including the County's failure to provide timely notice of CAO 98-96 and her actions after receipt of notice of the claim. Ms. Mehl also is expected to testify regarding communications between ICSOP and the County related to CAO 98-96 and the County's claim. Ms. Mehl is expected to testify for approximately 3 hours.

2. Royce Knight – Mr. Knight is a Vice President for AIG Claims, Inc. and was Ms. Mehl's supervisor with respect the County's claim to ICSOP for

insurance coverage for CAO 98-96. Mr. Knight is expected to testify regarding ICSOP's communications with the County regarding the County's request for coverage for CAO 98-96 and ICSOP's actions after receipt of notice of the claim. Mr. Knight is also expected to testify regarding communications between ICSOP and the County regarding notice of the County's claim. Mr. Knight is expected to testify for approximately 2 hours.

   3.   Adam Love – Mr. Love is an expert witness retained by ICSOP. He is expected to provide opinion testimony regarding the nature, timing, sources, and impacts of potential releases of volatile organic compounds from the County's Mid-Valley Sanitary Landfill ("MVSL"). Mr. Love also is expected to testify regarding the costs allegedly incurred by the County for investigation and remediation of contamination from the MVSL. Mr. Love also is expected to provide rebuttal testimony in response to the testimony of the County's expert witnesses. Mr. Love is expected to testify for approximately 4 hours.

   4.   Walter Lipsman – Mr. Lipsman is an expert witness retained by ICSOP. He is expected to provide opinion testimony regarding the advice counsel would have provided to an insurer had the County informed an insurer of its intent to enter into settlement agreements with various water companies in 1998. Mr. Lipsman is also expected to provide rebuttal expert testimony in response to the testimony of the County's expert witnesses. Mr. Lipsman is expected to testify for approximately 1 hour.

   5.   James Robertson (*) – Mr. Robertson is an expert witness retained by ICSOP. He is expected to provide rebuttal testimony as needed to the testimony of County expert witness Mitchell Lathrop. Mr. Robertson is expected to provide testimony concerning insurance underwriting issues and an insurer's obligations, if any, upon receipt of an application for insurance. Mr. Robertson is expected to testify for approximately 2 hours.

   6.   James Falbo (*) – Mr. Falbo is currently an executive underwriter with

Markel Corporation, and was with AIG Consultants and Western Risk Specialists from 1995 to 2003, first as a loss control consultant and in underwriting beginning in 1997. Mr. Falbo is expected to testify, if the need arises, regarding the County's pollution legal liability application allegedly submitted in 1997. Mr. Falbo is expected to testify for approximately 2 hours.

7. Pamela Thompson (*) – Ms. Thompson was the County's Risk Manager from the early 1980's to 2006. She is expected to testify regarding the County's status as a self-insured entity, the County's procedures and requirements for insurance and insurance claims, including requirements and procedures for providing notice of claims to insurers, the County's use of insurance brokers and the County's failure to tender CAO 98-96 to ICSOP in 1998. Ms. Thompson is expected to testify for approximately 2 hours.

ICSOP reserves the right to call additional rebuttal or impeachment witnesses and to call witnesses called by the County.

The County identifies the following witnesses who the County expects to call to testify at trial either through live testimony or by deposition:

1. James C. Falbo (*) – Mr. Falbo is currently an executive underwriter with Markel Corporation, and was with AIG Consultants and Western Risk Specialists from 1995 to 2003, first as a loss control consultant and in underwriting beginning in 1997. If necessary, the County intends to present excerpts of Mr. Falbo's deposition at trial, regarding the County's pollution legal liability application submitted in 1997 as well as AIG's underwriting practices. The reading of Mr. Falbo's deposition is expected to last for approximately 1 hour.

2. Ken Hernandez – Mr. Hernandez is the Director of Risk Management for the County of San Bernardino. Mr. Hernandez is expected to testify as to the insurance policies issued by Plaintiff to the County. If necessary, Mr. Hernandez will also testify regarding the County's provision of notice of the claim to Plaintiff, and Plaintiff's responses. Mr. Hernandez is expected to testify for approximately 2

hours.

3. Royce Knight – Mr. Knight is a Vice President for AIG Claims, Inc. and was Ms. Mehl's supervisor with respect the County's claim to ICSOP for insurance coverage for losses resulting from the volatile organic compound ("VOC") contamination at issue in CAO 98-96. Mr. Knight is expected to testify regarding ICSOP's communications with the County regarding the County's request for coverage for losses resulting from the VOC contamination at issue in CAO 98-96 and ICSOP's actions after receipt of notice of the claim. Mr. Knight is also expected to testify regarding communications between ICSOP and the County regarding notice of the County's claim, aspects of AIG's structure, AIG's training of underwriting and claims personnel and AIG's document retention and destruction practices. Mr. Knight is expected to testify for approximately 2 – 2.5 hours.

4. Gary Lass – Mr. Lass is the President at Geo-Logic Associates ("GLA") and has over 35 years of experience as a certified engineering geologist and as a certified hydrogeologist in the State of California. GLA has been the County's primary geotechnical and hydrogeologic consultant for more than 20 years. In that time, Mr. Lass has overseen extensive groundwater monitoring and contaminant transport modeling in the Rialto/Colton Groundwater Basin. Mr. Lass is a witness whom the County expects to testify about matters on which he consulted in connection with the County's past, current and anticipated future actions to investigate, mitigate and remediate the VOC contamination at issue in this litigation. Mr. Lass may also testify, if necessary, regarding estimates, analyses and projections of costs that may be incurred by the County in the future responding to and/or complying with CAO 98-96. Mr. Lass is expected to testify for approximately 2 – 2.5 hours.

5. Michele Mehl – Ms. Mehl is a Complex Director for AIG Claims, Inc., claim administrator for ICSOP. She was responsible for handling the County's claim to ICSOP for insurance coverage for losses resulting from the VOC

contamination at issue in CAO 98-96, and is expected to testify regarding issues related to the claim, including the ICSOP's failure to provide a coverage determination, as well as ICSOP's failure to make any prompt, specific objection regarding the County's notice of the claim to Plaintiff. Ms. Mehl also is expected to testify regarding communications between ICSOP and the County related to CAO 98-96 and the County's claim. Ms. Mehl is expected to testify for approximately 2 – 2.5 hours.

      6.     Gerry Newcombe – Mr. Newcombe is the Director of Public Works for the County of San Bernardino. Mr. Newcombe is expected to testify as to the development and historic operations of the MVSL, as well as potential sources and discovery of the VOC contamination found to be emanating from locations at MVSL Units 1 and 2. Mr. Newcombe is also expected to testify as to CAO 98-96, including the costs associated with the County's investigation and remediation of the VOC contamination at issue in that order. To the extent evidence on County settlements is not excluded, Mr. Newcombe is further expected to testify regarding the County's settlement with San Gabriel Valley Water Company ("SGVWC") in 1998, and with other related water entities in 2000 (which included an amendment to the 1998 settlement with SGVWC). Mr. Newcombe is expected to testify for approximately 3 hours.

      7.     Claudia Rozzi (*) – Ms. Rozzi was the County's Administrative Supervisor II for the Solid Waste Management Division. She is expected to testify regarding the County's accounting procedures relating to the costs it incurred to investigate and remediate the VOC contamination at issue in CAO 98-96. Ms. Rozzi is expected to testify for approximately 1 hour.

      8.     John Edwards – Mr. Edwards is a Principal Scientist with Anchor QEA, LLC. Mr. Edwards will testify that the actions taken by the County to investigate, mitigate and remediate the VOC contamination at issue in this litigation were reasonable and necessary to accomplish the investigation, mitigation and

remediation of said contamination. Mr. Edwards will also testify that the costs that the County incurred in connection with its actions to investigate, mitigate and remediate the VOC the contamination were reasonable and necessary to accomplish those actions. Mr. Edwards will further testify in rebuttal to Dr. Love's opinions, if Dr. Love's testimony is allowed, including his opinions regarding the reasonableness and necessity of the County's remediation of the VOC contamination at issue in this litigation. Mr. Edwards is expected to testify for approximately 2 – 2.5 hours.

9. Theodore B. Hromadka, II – Dr. Hromadka is a Principal Hydrologist at Hromadka & Associates. Dr. Hromadka will testify that: (a) there were at least ten (10) separate and discrete release events of VOC contamination from various locations of Units 1 and 2 of the MVSL VOC contamination; (b) that such release events are capable of being separately and discretely identified on a temporal, chemical and/or geographic basis; (c) that such release events contaminated water that is the property of the people the State; and (d) that such contamination, occurred, in part, on or before July 1974. Mr. Hromadka will testify that if the County had delayed the construction of any of: (a) the point-of-compliance ("POC") corrective action plan ("CAP") at the boundary of the MVSL in or around 2001; (b) the off-site CAP at wells F10B, F10C, F10D and F49A in or around 2000; and/or (c) the POC soil vapor extraction ("SVE") system at the boundary of the MVSL in or around 2016, or waited to begin the operation of any of the foregoing, additional expenditures would have been required for effective mitigation of the VOC contamination. Dr. Hromadka will further testify in rebuttal to Dr. Love's opinions, if Dr. Love's testimony is allowed, including his opinion that it is not possible to perform a scientifically-reliable fate and transport analysis of the VOC contamination at issue in this litigation. Dr. Hromadka is expected to testify for approximately 3 – 4 hours.

10. Jeffrey H. Kinrich – Mr. Kinrich is Managing Principal at Analysis

Group, Inc. Mr. Kinrich will testify that the County's accounting records are reasonably accurate and reliable, and that the invoices and costs at issue in this matter have undergone an extensive audit and review process to which the County scrupulously adhered, which included the involvement of a significant number of technical, engineering, accounting, and financial professionals. Mr. Kinrich will testify that the County has incurred actual expenditures in excess of $29 million to investigate and remediate the VOC contamination at issue in this litigation. Mr. Kinrich will also testify on the County's future expenditures related to this VOC contamination. Mr. Kinrich is expected to testify for approximately 1 hour.

11. Mitchell L. Lathrop – Mr. Lathrop is a lawyer at Mitchell L. Lathrop, Esq. Mr. Lathrop has been an insurance coverage litigator in California for decades, and has expertise in environmental contamination cases. Mr. Lathrop will testify that ICSOP's conduct in this matter fell below the standard of care expected of insurers in California, per custom and practice in the industry, because ICSOP did not fulfill its responsibilities to its insured upon receiving notice of the matters at issue in this case. Mr. Lathrop will further testify in rebuttal to the opinions offered by Mr. Lipsman, if Mr. Lipsman's testimony is allowed. Mr. Lathrop is expected to testify for approximately 1.5 hours.

The County reserves the right to call additional rebuttal or impeachment witnesses. The County also reserves the right to call any fact witness identified by ICSOP.

Dated: July 3, 2017

McCURDY & FULLER LLP

/s/*Kevin G. McCurdy*
KEVIN G. McCURDY
Attorneys for Plaintiff and Counter-defendant
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

Dated: July 3, 2017

IRELL & MANELLA LLP

/s/ *Harry J. Schulz, III*
HARRY J. SCHULZ, III
Attorneys for Defendant and
Counterclaimant County of San
Bernardino