KEVIN G. McCURDY (SBN 115083)
ROSS C. DWYER (SBN 280677)
McCURDY & FULLER LLP
565 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: ross.dwyer@mccurdylawyers.com

Attorneys for Plaintiff and Counter-defendant
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF SAN BERNARDINO<br><br>Defendant. | CASE NO. 5:16-cv-00128-PSG-SS<br><br>**NOTICE OF LODGING [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER** |
| COUNTY OF SAN BERNARDINO, a California public entity,<br><br>Counterclaimant,<br><br>v.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania insurance company,<br><br>Counter-defendant. | Courtroom: 6A<br>PTC Date: July 24, 2017<br>PTC: Time: 2:30 p.m.<br><br>Honorable Philip S. Gutierrez<br>Complaint Filed: January 21, 2017<br>Trial Date: September 5, 2017 |

62822

- 1 -
**NOTICE OF LODGING**

PLEASE TAKE NOTICE that Plaintiff and Counter-defendant The Insurance Company of the State of Pennsylvania hereby lodges the [Proposed] Final Pretrial Conference Order.

Dated: July 17, 2017         MCCURDY & FULLER LLP

By: /s/Kevin G. McCurdy
Kevin G. McCurdy
Attorneys for Plaintiff and Counter-defendant the Insurance Company of the State of Pennsylvania