KEVIN G. McCURDY (SBN 115083)
ROSEMARY J. SPRINGER (SBN 148480)
ROSS C. DWYER (SBN 280677)
McCURDY & FULLER LLP
565 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: ross.dwyer@mccurdylawyers.com

Attorneys for Plaintiff and Counter-defendant
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF SAN BERNARDINO<br><br>Defendant. | CASE NO. 5:16-cv-00128-PSG-SS<br><br>**NOTICE OF LODGING [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**<br><br>Courtroom:  6A<br>PTC Date:   August 21, 2017<br>PTC Time:   2:30 p.m.<br><br>Honorable Philip S. Gutierrez<br><br>Complaint Filed: January 21, 2016<br><br>Trial Date: September 5, 2017 |
| COUNTY OF SAN BERNARDINO, a California public entity<br><br>Counterclaimant,<br><br>v.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania insurance company<br><br>Counter-defendant. | |

63022

NOTICE OF LODGING

McCURDY & FULLER LLP
565 Middlefield Road, Suite 100
Menlo Park, CA 94025
(650) 618-3500

1  PLEASE TAKE NOTICE that Plaintiff and Counter-defendant the Insurance
2  Company of the State of Pennsylvania hereby lodges the [Proposed] Final Pretrial
3  Conference Order.

5  Dated: August 15, 2017          McCURDY & FULLER LLP

By: /s/ Ross C. Dwyer
   Ross C. Dwyer
   Attorneys for Plaintiff and
   Counter-defendant THE INSURANCE
   COMPANY OF THE STATE OF
   PENNSYLVANIA